IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-30912
Summary Calendar
_____

HARRY L. BATISTE,

Plaintiff-Appellant,

versus

ANDRES M. LANDORS; MIKE BROWN; POLICE
DEPARTMENT OF LAFAYETTE,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 00-CV-417
- - - - - - - - - -
August 6, 2001

Before JOLLY, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Harry L. Batiste appeals the district court's dismissal of
his 42 U.S.C. § 1983 complaint as time-barred.  We have reviewed
the record, the briefs of the parties, and the applicable law,
and we discern no reversible error.  Batiste's complaint, filed
on March 1, 2000, was filed more than one year after the accrual
of his cause of action, his purportedly wrongful arrest on
October 21, 1998.  Accordingly, the district court did not err by
dismissing Batiste's action as time-barred.  See Owens v. Okure,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

488 U.S. 235, 249-51 (1989); <u>Elzy v. Roberson</u>, 868 F.2d 793, 794-95 (5th Cir. 1989); <u>Pete v. Metcalf</u>, 8 F.3d 214, 214-17 (5th Cir. 1993).

AFFIRMED.